PROB 12C
(SDIA 05/23)

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF IOWA

**Petition for Warrant or Summons for Offender Under Supervision**

---

**Name of Offender:**  Larry Lee Wagner II                                                              **Case Number:**  4:19-cr-00036-001

**Name of Sentencing Judicial Officer:**  John A. Jarvey, U.S. District Judge (Retired)
                                        Stephen H. Locher, U.S. District Judge (Assigned September 19, 2024)

**Date of Original Sentence:**  September 20, 2019

**Original Offense:**  18 U.S.C. § 2252A(a)(2), 2252A(b)(1) – Receipt of Child Pornography

**Original Sentence:**  70 months imprisonment; 96 months supervised release; $12,000.00 restitution

**Date Original Supervision Commenced:**  February 13, 2023

**Date Current Supervision Commenced:**  February 13, 2023

**All Prior Reports & Actions:**  None

---

**PETITIONING THE COURT**

☒   To issue a warrant.

☐   To issue a summons.

The probation officer believes that the offender has violated one or more conditions of supervision, as outlined below:

**Violations**

1. Possession of Child Pornography

2. Possession of Sexually Explicit Conduct

3. Possession of Camera Equipment

Nature of Noncompliance

According to internet monitoring, on August 6, 2024, Mr. Wagner accessed a video via YouTube that depicted the genitals of a prepubescent female.  The video showed the female was nude and a segment of the video focused on the female's genitals. Further investigation revealed another video containing the nude buttocks of a 21-year-old actress portraying a 14-year-old character. The video includes scenes of implied rape of the bound female portraying a 14-year-old. Specifically, during the video, she is seen from behind, nude and bound, suspended by her hands with her buttocks visible. Additionally, on August 17, 2024, Mr. Wagner viewed a video containing an adult male inserting his fingers into an adult female's genitalia and inserting a phallic shaped device into an adult female's genitalia. Upon further review of internet monitoring, the probation office located several other videos depicting genitals. Mr. Wagner admitted to viewing the videos for sexually stimulating purposes.

On September 19, 2024, during a home contact, the probation office conducted a search of Mr. Wagner's residence. During the search, a camera was located that contained nude pictures of Mr. Wagner and his wife. Additionally, the camera contained videos of them both engaging in sex acts. Mr. Wagner admitted using said camera to take pictures.

<u>U.S. Probation Officer Recommendation</u>:

The term of supervision should be

- ☒ revoked.
- ☐ extended for … years, for a total term of … years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 20, 2024

by: _____
Alex J. McCune
U.S. Probation Officer

---

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

Laura M. Roan
Assistant United States Attorney

☐ Objects and will petition the Court requesting that a formal hearing be set.

Signature

---

THE COURT ORDERS:

☐ No action.

☒ The issuance of a warrant.

☐ The issuance of a summons so a hearing can be held on _____
at _____.

_____
Signature of Judicial Officer

September 20, 2024
Date